JAMES G. KREISSMAN, 206740
jkreissman@stblaw.com
SIMONA G. STRAUSS, 203062
sstrauss@stblaw.com
THOMAS D. STOUT, 241348
tstout@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002

Attorneys for Defendants Richard S. Fuld, Jr., Michael L. Ainslie, Roland A. Hernandez, David Goldfarb, John F. Akers, Roger S. Berlind, Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas A. Russo, and Christopher M. O'Meara

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **OPENWAVE SYSTEMS INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**RICHARD S. FULD, JR., MICHAEL L. AINSLIE, ROLAND A. HERNANDEZ, DAVID GOLDFARB, JOHN F. AKERS, ROGER S. BERLIND, JOSEPH M. GREGORY, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, HENRY KAUFMAN, JOHN D. MACOMBER, THOMAS A. RUSSO, CHRISTOPHER M. O'MEARA, MICHAEL GELBAND, ALEX KIRK, MELISSA CONROY WHITNEY, TIM FORD, and DOES 1 - 50, inclusive,**<br><br>**Defendants.** | Case No. C 08-05683-SI<br><br>**MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULES 7-11 AND 7-12 TO EXTEND PAGE LIMITATION FOR DIRECTOR AND OFFICER DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND FOR PLAINTIFF'S OPPOSITION**<br><br>Judge: Honorable Susan Illston<br>Courtroom: 10, 19th Floor<br><br>[Stipulation and [Proposed] Order filed concurrently herewith] |

Pursuant to Civil Local Rules 7-11 and 7-12, Defendants Richard S. Fuld, Jr., Michael L. Ainslie, Roland A. Hernandez, David Goldfarb, John F. Akers, Roger S. Berlind, Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas A. Russo, and Christopher M. O'Meara (the "Director and Officer Defendants") respectfully move the Court, pursuant to stipulation of the parties, for an order granting the Director and Officer Defendants up to five (5) additional pages for their motion to dismiss the Complaint of Openwave Systems Inc. ("Plaintiff") and granting Plaintiff for its opposition brief up to the same number of additional pages actually used by the Director and Officer Defendants in their motion. The Director and Officer Defendants' motion is based on the following facts, as well as the accompanying Stipulation and [Proposed] Order, pursuant to Civil Local Rules 7-11 and 7-12.

**I.     The Director and Officer Defendants Believe Additional Pages Are Necessary to Fully Address Plaintiff's Complaint.**

The Director and Officer Defendants will file a motion to dismiss the Complaint on February 9, 2009 (the "Motion"). Pursuant to Civil Local Rules 7-2 and 7-3, a moving party may submit a motion "not exceeding 25 pages in length" and an opposing party may submit a brief "not exceed[ing] 25 pages of text." The Director and Officer Defendants believe they will need up to five additional pages in order to address the complex issues of law and fact presented by Plaintiff's Complaint. Prior to removal, this case was designed as "complex" pursuant to Rule 3.400 *et seq.* of the California Rules of Court, and granted single assignment in San Francisco Superior Court for that reason. The Complaint alleges eight causes of action for federal and state securities fraud, market manipulation, common law fraud, concealment, and negligent misrepresentation. These causes of action are asserted against fifteen separate defendants, each holding different positions and responsibilities at Lehman Brothers Holdings, Inc. and Lehman Brothers, Inc. Therefore, the Director and Officer Defendants believe that up to five additional pages will be necessary in order to fully apprise the Court of the issues in this action.

Accordingly, Plaintiff and the Director and Officer Defendants entered into a stipulation providing that (1) the Director and Officer Defendants shall have up to five (5)

1  additional pages for the Motion (*i.e.*, not to exceed 30 pages), and (2) in its Opposition, Plaintiff
2  shall have up to the same number of additional pages actually used by the Director and Officer
3  Defendants in the Motion.

4  **II.      Conclusion**

5              For the foregoing reasons, the Director and Officer Defendants' motion should be
6  granted.

7  Dated:  February 5, 2009

SIMPSON THACHER & BARTLETT LLP

By  _____/S/_____
     James G. Kreissman
     *Attorneys for Defendants Richard S. Fuld, Jr.,*
     *Michael L. Ainslie, Roland A. Hernandez, David*
     *Goldfarb, John F. Akers, Roger S. Berlind,*
     *Joseph M. Gregory, Thomas H. Cruikshank,*
     *Marsha Johnson Evans, Henry Kaufman, John*
     *D. Macomber, Thomas A. Russo, and*
     *Christopher M. O'Meara*