IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENWAVE SYSTEMS INC., | CASE NO. C 08-05683-SI |
| Plaintiff, | **(Proposed)** <br> **ORDER GRANTING APPLICATION** <br> **FOR ADMISSION OF ATTORNEY** <br> ***PRO HAC VICE*** |
| v. | |
| RICHARD S. FULD, JR., et al., | |
| Defendant. | |

Todd S. Fishman , whose business address and telephone number is

Allen & Overy LLP, 1221 Avenue of the Americas, New York, NY 10020
(212) 610-6300

and who is an active member in good standing of the bar of U.S. District Court of S.D.N.Y. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Richard S. Fuld, Jr.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

Susan Illston
United States District Judge