JAMES G. KREISSMAN, 206740
jkreissman@stblaw.com
SIMONA G. STRAUSS, 203062
sstrauss@stblaw.com
THOMAS D. STOUT, 241348
tstout@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Defendants Richard S. Fuld, Jr., Michael L. Ainslie, Roland A. Hernandez, David Goldfarb, John F. Akers, Roger S. Berlind, Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas A. Russo, and Christopher M. O'Meara

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD S. FULD, JR., MICHAEL L. AINSLIE, ROLAND A. HERNANDEZ, DAVID GOLDFARB, JOHN F. AKERS, ROGER S. BERLIND, JOSEPH M. GREGORY, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, HENRY KAUFMAN, JOHN D. MACOMBER, THOMAS A. RUSSO, CHRISTOPHER M. O'MEARA, MICHAEL GELBAND, ALEX KIRK, MELISSA CONROY WHITNEY, TIM FORD, and DOES 1 - 50, inclusive, <br><br> Defendants. | CV 08 5683 (SI) <br><br> **STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** <br><br> Prior CMC Date: March 27, 2009 <br><br> New CMC Date: April 24, 2009 <br><br> [Declaration of Simona G. Strauss filed concurrently herewith] |

1  Pursuant to Civil Local Rule 6-1(b) and Rule 6-2, Defendants Richard S. Fuld, Jr.,
2 Michael L. Ainslie, Roland A. Hernandez, David Goldfarb, John F. Akers, Roger S. Berlind,
3 Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D.
4 Macomber, Thomas A. Russo, Christopher M. O'Meara, Melissa Conroy Whitney, and Tim Ford
5 ("Defendants"), by and through their respective counsel, request that the Case Management
6 Conference currently scheduled for March 27, 2009 at 2:00 pm be continued until April 24, 2009
7 at 9:00 am.  Plaintiff Openwave Systems Inc. ("Plaintiff") stipulates to the request.
8  WHEREAS, as set forth in the Declaration of Simona G. Strauss, dated February
9 26, 2009 and filed concurrently herewith, on or about November 21, 2008, Plaintiff filed a
10 complaint against Defendants in the Superior Court of the State of California, San Francisco
11 County (the "Complaint");
12  WHEREAS on December 19, 2008, Defendants removed this action (the "Action")
13 to the United States District Court for the Northern District of California;
14  WHEREAS on February 9, 2009, Defendants timely moved to dismiss the Action
15 for failure to state a claim and, for some Defendants, for lack of personal jurisdiction, and moved
16 to strike portions of the Complaint (the "Motions");
17  WHEREAS the Motions are scheduled for oral argument on April 24, 2009 at 9:00
18 am;
19  WHEREAS Plaintiff and Defendants agree that it would be most efficient, both for
20 the Court and the parties, to hold the Case Management Conference on the date of oral argument
21 on the Motions;
22  WHEREAS the Case Management Conference currently is scheduled for March
23 27, 2009, at 2:00 pm, four weeks before oral argument on the Motions; and
24  WHEREAS by entering into this stipulation, neither Plaintiff nor Defendants limit
25 or waive any rights or defenses they may have in this Action, including but not limited to rights to
26 jurisdictional discovery;
27 //
28 //

NOW THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the undersigned parties as follows:

1. The Case Management Conference in this Action will be continued from March 27, 2009 until ~~April 24, 2009, at 9:00 am~~. May 1, 2009, at 2:30 p.m.

Dated: February 26, 2009    SIMPSON THACHER & BARTLETT LLP

By _____/s/_____
James G. Kreissman
*Attorneys for Defendants Richard S. Fuld, Jr., Michael L. Ainslie, Roland A. Hernandez, David Goldfarb, John F. Akers, Roger S. Berlind, Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas A. Russo, and Christopher M. O'Meara*

Patricia M. Hynes (admitted *pro hac vice*)
Todd S. Fishman (admitted *pro hac vice*)
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020

*Attorneys for Defendant Richard S. Fuld, Jr.*

Dated: February 26, 2009    JONES DAY

By _____/s/_____
Philip Cook
*Attorneys for Defendants Melissa Conroy Whitney and Tim Ford*

Dated: February 26, 2009    COBLENTZ, PATCH, DUFFY & BASS LLP

By _____/s/_____
Howard A. Slavitt
*Attorneys for Plaintiff Openwave Systems Inc.*

-2-
Stipulated Request to Reschedule CMC                                CV 08 5683 (SI)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February ___, 2009

_____
The Honorable Susan Illston
United States District Judge

**ECF FILER'S ATTESTATION**

I, James G. Kreissman, as the e-filing signatory, attest that concurrence in filing this document has been obtained from the signatories hereto, Phillip Cook and Howard A. Slavitt, and that concurrence in filing the Declaration of Simona G. Strauss in Support of Stipulated Request to Reschedule Case Management Conference has been obtained from Simona G. Strauss. In accordance with General Order 45 Section X(B), I shall maintain a record of the original signatures to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action.

Dated: February 26, 2009

By           /s/
      James G. Kreissman