RICHARD R. PATCH (State Bar No. 88049)
HOWARD A. SLAVITT (State Bar No. 172840)
NORENE M. LEW (State Bar No. 184504)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com,
ef-has@cpdb.com,
ef-nml@cpdb.com

Attorneys for Plaintiff
OPENWAVE SYSTEMS INC.,
a Delaware corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD S. FULD, JR., MICHAEL L. AINSLIE, ROLAND A. HERNANDEZ, DAVID GOLDFARB, JOHN F. AKERS, ROGER S. BERLIND, JOSEPH M. GREGORY, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, HENRY KAUFMAN, JOHN D. MACOMBER, THOMAS A. RUSSO, CHRISTOPHER M. O'MEARA, MICHAEL GELBAND, ALEX KIRK, MELISSA CONROY WHITNEY, TIM FORD, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV 08-05683 SI<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER**<br><br>[Declaration of Howard A. Slavitt filed concurrently herewith] |

13270.004.1141700v1

1

Case No. CV 08-05683 SI

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER**

Pursuant to Civil Local Rule 6-1(b) and Rule 6-2, Plaintiff Openwave Systems Inc. ("Openwave) and Defendants Richard S. Fuld, Jr., Michael L. Ainslie, Roland A. Hernandez, David Goldfarb, John F. Akers, Roger S. Berlind, Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas A. Russo, Christopher M. O'Meara, Melissa Conroy Whitney, and Tim Ford ("Defendants"), by and through their respective counsel, request and stipulate that the Case Management Conference currently scheduled for May 22, 2009 at 2:30 p.m. be continued until June 5, 2009 at 2:00 p.m.

WHEREAS, as set forth in the Declaration of Howard A. Slavitt, dated May 18, 2009 and filed concurrently herewith, on or about November 21, 2008, Plaintiff filed a complaint against Defendants in the Superior Court of the State of California, San Francisco County (the "Complaint");

WHEREAS on December 19, 2008, Defendants removed this action to the United States District Court for the Northern District of California;

WHEREAS on February 9, 2009, Defendants moved to dismiss the action for failure to state a claim and, for some Defendants, for lack of personal jurisdiction, and moved to strike portions of the Complaint (the "Motions");

WHEREAS Oral argument on the Motions took place on April 24, 2009 at 9:00 a.m.;

WHEREAS the Case Management Conference currently is scheduled for May 22, 2009, at 2:30 p.m.;

WHEREAS Plaintiff and Defendants agree that, given that the Court has not yet ruled on the Motions, the Case Management Conference should be continued for an additional two weeks to provide the Court with additional time to issue a ruling;

WHEREAS by entering into this stipulation, neither Plaintiff nor Defendants limit or waive any rights or defenses they may have in this Action;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the undersigned parties as follows:

1. The Case Management Conference in this Action will be continued from May 22, 2009 until June 5, 2009, at 2~~:00 p.m.~~ 2:30 p.m.

| | | |
|---|---|---|
| Dated: May 18, 2009 | | SIMPSON THACHER & BARTLETT LLP |
| | By: | /s/ |
| | | James G. Kreissman |
| | | *Attorneys for Defendants Richard S. Fuld, Jr., Michael L. Ainslie, Roland A. Hernandez, David Goldfarb, John F. Akers, Roger S. Berlind, Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas A. Russo, and Christopher M. O'Meara* |
| | | Patricia M. Hynes (pro hac vice) |
| | | Todd S. Fishman (pro hac vice) |
| | | Allen & Overy LLP |
| | | 1221 Avenue of the Americas |
| | | New York, New York 10020 |
| | | *Attorneys for Defendant Richard S. Fuld, Jr.* |
| Dated: May 18, 2009 | | JONES DAY |
| | By: | /s/ |
| | | Philip Cook |
| | | *Attorneys for Defendants Melissa Conroy Whitney and Tim Ford* |
| Dated: May 18, 2009 | | COBLENTZ, PATCH, DUFFY & BASS LLP |
| | By: | /s/ |
| | | Howard A. Slavitt |
| | | *Attorneys for Plaintiff Openwave Systems Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____      _____
THE HONORABLE SUSAN ILLSTON
United States District Court Judge

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663