RICHARD R. PATCH (State Bar No. 88049)
HOWARD A. SLAVITT (State Bar No. 172840)
NORENE M. LEW (State Bar No. 184504)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-rrp@cpdb.com,
         ef-has@cpdb.com,
         ef-nml@cpdb.com

Attorneys for Plaintiff
OPENWAVE SYSTEMS INC.,
a Delaware corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD S. FULD, JR., MICHAEL L. AINSLIE, ROLAND A. HERNANDEZ, DAVID GOLDFARB, JOHN F. AKERS, ROGER S. BERLIND, JOSEPH M. GREGORY, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, HENRY KAUFMAN, JOHN D. MACOMBER, THOMAS A. RUSSO, CHRISTOPHER M. O'MEARA, MICHAEL GELBAND, ALEX KIRK, MELISSA CONROY WHITNEY, TIM FORD, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. CV 08-05683 SI<br><br>**STIPULATED REQUEST TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT AND ANY MOTIONS TO DISMISS IN RESPONSE THERETO, AND [PROPOSED] ORDER**<br><br>[Declaration of Howard A. Slavitt filed concurrently herewith] |

13270.004.1164250v1         1         Case No. CV 08-05683 SI

**STIPULATED REQUEST TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT, ANY MOTIONS TO DISMISS IN RESPONSE THERETO, AND [PROPOSED] ORDER**

Pursuant to Civil Local Rule 6-1(b) and Rule 6-2, Plaintiff Openwave Systems Inc. ("Openwave") and Defendants Richard S. Fuld, Jr., Michael L. Ainslie, Roland A. Hernandez, David Goldfarb, John F. Akers, Roger S. Berlind, Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas A. Russo, Christopher M. O'Meara, Melissa Conroy Whitney, and Tim Ford ("Defendants"), by and through their respective counsel, request and stipulate that Openwave may have until July 3, 2009, to file an amended complaint and that Defendants may have until August 14, 2009, to file any motions to dismiss or to otherwise respond to the amended complaint.

WHEREAS, on or about November 21, 2008, Plaintiff filed a complaint against Defendants in the Superior Court of the State of California, San Francisco County (the "Complaint");

WHEREAS on December 19, 2008, Defendants removed this action to the United States District Court for the Northern District of California;

WHEREAS on February 9, 2009, Defendants moved to dismiss the action for failure to state a claim and, for some Defendants, for lack of personal jurisdiction, and moved to strike portions of the Complaint (the "Motions");

WHEREAS on or about June 6, 2009, the Court issued an Order granting in part and denying in part the Motions, and provided plaintiff with leave until June 19, 2009, to file an amended complaint;

WHEREAS due to vacation plans and a personal family issue, plaintiff's counsel has requested additional time, until July 3, 2009, to file an amended complaint;

WHEREAS due to commitments on other cases and vacation plans, defendants' counsel has requested additional time, until August 14, 2009, to file any motions to dismiss or to otherwise respond to the first amended complaint;

WHEREAS by entering into this stipulation, neither Plaintiff nor Defendants limit or waive any rights or defenses they may have in this Action;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the undersigned parties as follows:

13270.004.1164250v1    2    Case No. CV 08-05683 SI

**STIPULATED REQUEST TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT, ANY MOTIONS TO DISMISS IN RESPONSE THERETO, AND [PROPOSED] ORDER**

1. Plaintiff may have until July 3, 2009, to file a first amended complaint; and

2. Defendants may have until August 14, 2009, to file any motions to dismiss or to otherwise respond to the first amended complaint.

Dated: June 12, 2009                         SIMPSON THACHER & BARTLETT LLP

By: _____/s/_____
James G. Kreissman
*Attorneys for Defendants Richard S. Fuld, Jr., Michael L. Ainslie, Roland A. Hernandez, David Goldfarb, John F. Akers, Roger S. Berlind, Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas A. Russo, and Christopher M. O'Meara*

Patricia M. Hynes (pro hac vice)
Todd S. Fishman (pro hac vice)
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020

*Attorneys for Defendant Richard S. Fuld, Jr.*

Dated: June 12, 2009                         JONES DAY

By: _____/s/_____
Philip Cook
*Attorneys for Defendants Melissa Conroy Whitney and Tim Ford*

13270.004.1164250v1                                3                          Case No. CV 08-05683 SI

**STIPULATED REQUEST TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT, ANY MOTIONS TO DISMISS IN RESPONSE THERETO, AND [PROPOSED] ORDER**

1  Dated: June 12, 2009                           COBLENTZ, PATCH, DUFFY & BASS LLP

3                                        By:    _____/s/_____
                                                Howard A. Slavitt
4                                                *Attorneys for Plaintiff Openwave Systems Inc.*

6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8  Dated: _____         _____[signature]_____
9                                                THE HONORABLE SUSAN ILLSTON
                                                  United States District Court Judge

Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 · Fax 415.989.1663