IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENWAVE SYSTEMS INC, <br><br>Plaintiff, <br><br>v. <br><br>RICHARD S. FULD JR., <br><br>Defendant. | No. C 08-05683 SI <br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 18, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 9, 2010.

DESIGNATION OF EXPERTS: 5/3/10; REBUTTAL: 5/24/10.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 15, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by September 24, 2010;

Opp. Due October 26, 2010; Reply Due November 16, 2010;

and set for hearing no later than December 3, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 8, 2010 at 3:30 PM.

JURY TRIAL DATE: February 22, 2010 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ____ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By August 7, 2009, counsel shall inform the Court of what ADR process they will be participating in. The deadline to amend the pleadings is January 22, 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge