IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENWAVE SYSTEMS INC, | No. C 08-05683 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | (Corrected) |
| RICHARD S. FULD JR., | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>December 18, 2009</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>April 9, 2010</u>.

DESIGNATION OF EXPERTS: <u>5/3/10</u>; REBUTTAL: <u>5/24/10</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>June 15, 2010</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>September 24, 2010</u>;

    Opp. Due <u>October 26, 2010</u>; Reply Due <u>November 16, 2010</u>;

    and set for hearing no later than <u>December 3, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>February 8, 2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>February 22, 2011</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _____ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By August 7, 2009, counsel shall inform the Court of what ADR process they will be participating in. The deadline to amend the pleadings is January 22, 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____
SUSAN ILLSTON
United States District Judge