RICHARD R. PATCH (State Bar No. 88049)
HOWARD A. SLAVITT (State Bar No. 172840)
NORENE M. LEW (State Bar No. 184504)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-rrp@cpdb.com,
          ef-has@cpdb.com,
          ef-nml@cpdb.com

Attorneys for Plaintiff
OPENWAVE SYSTEMS INC.,
a Delaware corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD S. FULD, JR., MICHAEL L. AINSLIE, ROLAND A. HERNANDEZ, DAVID GOLDFARB, JOHN F. AKERS, ROGER S. BERLIND, JOSEPH M. GREGORY, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, HENRY KAUFMAN, JOHN D. MACOMBER, THOMAS A. RUSSO, CHRISTOPHER M. O'MEARA, MELISSA CONROY WHITNEY, TIM FORD, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV 08-05683 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF *CORRECTED* FIRST AMENDED COMPLAINT** |

13270.004.1164250v1                          1                          Case No. CV 08-05683 SI

**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF *CORRECTED* FIRST AMENDED COMPLAINT**

1    Pursuant to Civil Local Rule 7-12, Plaintiff Openwave Systems Inc. ("Openwave") and Defendants Richard S. Fuld, Jr., Michael L. Ainslie, Roland A. Hernandez, David Goldfarb, John F. Akers, Roger S. Berlind, Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas A. Russo, Christopher M. O'Meara, Melissa Conroy Whitney, and Tim Ford ("Defendants"), by and through their respective counsel, stipulate that Openwave may file the *Corrected* First Amended Complaint, a copy of which is attached hereto as Exhibit A.

WHEREAS, on or about July 2, 2009, Plaintiff filed a First Amended Complaint [Doc. No. 82], against Defendants in this action;

WHEREAS, Plaintiff made several typographical and/or grammatical errors in the First Amended Complaint and would like to correct them;

WHEREAS by entering into this stipulation, neither Plaintiff nor Defendants limit or waive any rights or defenses they may have in this Action;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the undersigned parties as follows:

1.    Plaintiff may file the *Corrected* First Amended Complaint, which is attached hereto as Exhibit A;

2.    Such *Corrected* First Amended Complaint shall in all respects substitute for and replace the First Amended Complaint, which was filed on July 2, 2009, Doc. No. 82, in this action; and

3.    The filing of the *Corrected* First Amended Complaint shall not affect any deadlines in this action. Defendants shall have until August 14, 2009, to file any motions to dismiss or to otherwise respond to the *Corrected* First Amended Complaint.

Dated:  August 10, 2009                    SIMPSON THACHER & BARTLETT LLP

By:  _____/s/_____
James G. Kreissman
*Attorneys for Defendants Richard S. Fuld, Jr., Michael L. Ainslie, Roland A. Hernandez, David*

*Goldfarb, John F. Akers, Roger S. Berlind, Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas A. Russo, and Christopher M. O'Meara*

Patricia M. Hynes (pro hac vice)
Todd S. Fishman (pro hac vice)
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020

*Attorneys for Defendant Richard S. Fuld, Jr.*

Dated: August 10, 2009               JONES DAY

                             By:   _____/s/_____
                                   Philip E. Cook
                                   *Attorneys for Defendants Melissa Conroy Whitney and Tim Ford*

Dated: August 10, 2009               COBLENTZ, PATCH, DUFFY & BASS LLP

                             By:   _____/s/_____
                                   Howard A. Slavitt
                                   *Attorneys for Plaintiff Openwave Systems Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____            _____
                                   THE HONORABLE SUSAN ILLSTON
                                   United States District Court Judge