# Exhibit A

<DOCUMENT>
<TYPE>SC 13D/A
<SEQUENCE>1
<FILENAME>f05-12_0513da4ipsu.txt
<DESCRIPTION>AMENDMENT NO.4 TO IPSU SC 13D
<TEXT>

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

SCHEDULE 13D
(Amendment No. 4)

Under the Securities Exchange Act of 1934

Imperial Sugar Company

(Name of Issuer)

Common Stock

(Title of Class of Securities)

453096 20 8

(CUSIP Number)

Jeffrey A. Welikson
Senior Vice President and Corporate Secretary
Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019
(212) 526-0858

(Name, Address and Telephone Number of Person
Authorized to Receive Notices and Communications)

December 3, 2005

(Date of Event which Requires Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of 240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the following box. [ ]

Note: Schedules filed in paper format shall include a signed original and five copies of the schedule, including all exhibits. See ss. 240.13d-7 for other

from the sale of, any share of Common Stock beneficially owned by any Reporting Person.

(e) Not applicable.

Item 6. Contracts, Arrangements, Understandings or Relationships With Respect to Securities of the Issuer.

No change.

Item 7. Material to be Filed as Exhibits.

| Exhibit | Description |
|---|---|
| 1 | Joint Filing Agreement, dated January 28, 2002, between Lehman Brothers Holdings Inc. and Lehman Brothers Inc. (incorporated by reference to Exhibit 1 of the Reporting Persons' Schedule 13D with respect to the Issuer filed January 28, 2002). |
| 2 | Debtors' Second Amended and Restated Joint Plan of Reorganization dated June 5, 2001 (incorporated by reference to Exhibit 4.1 of Imperial Sugar Company's Periodic Report on Form 8-K dated August 29, 2001). |

After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

Dated: December 5, 2005

LEHMAN BROTHERS HOLDINGS INC.

By: /s/ Barrett S. DiPaolo
-----------------------------
Name: Barrett S. DiPaolo
Title: Vice President

LEHMAN BROTHERS INC.

By: /s/ Barrett S. DiPaolo
-----------------------------
Name: Barrett S. DiPaolo
Title: Senior Vice President

Appendix A

LEHMAN BROTHERS HOLDINGS INC.

BOARD OF DIRECTORS

| NAME/TITLE | BUSINESS ADDRESS |
|---|---|
| MICHAEL L. AINSLIE<br>Private Investor and former President and Chief Executive Officer of Sotheby's Holdings | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |

| | |
|---|---|
| JOHN F. AKERS<br>Retired Chairman of International<br>Business Machines Corporation | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| ROGER S. BERLIND<br>Theatrical Producer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| THOMAS H. CRUIKSHANK<br>Retired Chairman and Chief Executive<br>Officer of Halliburton Company | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| MARSHA JOHNSON EVANS<br>President and Chief Executive Officer<br>of American Red Cross | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| RICHARD S. FULD, JR.<br>Chairman and Chief Executive Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| SIR CHRISTOPHER GENT<br>Non-Executive Chairman of GlaxoSmithKline plc. | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| ROLAND A. HERNANDEZ<br>Retired Chairman and Chief Executive<br>Officer of Telemundo Group, Inc. | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| HENRY KAUFMAN<br>President of Henry Kaufman<br>& Company, Inc. | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| JOHN D. MACOMBER<br>Principal of JDM Investment Group | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| DINA MERRILL<br>Director and Vice Chairman<br>of RKO Pictures, Inc. and Actress | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |

All of the above individuals are citizens of the United States, except for Sir Christopher Gent, who is a citizen of the United Kingdom.

LEHMAN BROTHERS HOLDINGS INC.

EXECUTIVE OFFICERS

| NAME/TITLE | BUSINESS ADDRESS |
|---|---|
| RICHARD S. FULD, JR.<br>Chairman and Chief Executive Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| JONATHAN E. BEYMAN<br>Chief of Operations and Technology | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| | Lehman Brothers Holdings Inc. |

DAVID GOLDFARB
Chief Administrative Officer
745 Seventh Avenue
New York, NY 10019

JOSEPH M. GREGORY
President and Chief Operating Officer
Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

CHRISTOPHER O'MEARA
Chief Financial Officer and Controller
Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

THOMAS A. RUSSO
Chief Legal Officer
Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

All above individuals are citizens of the United States.

LEHMAN BROTHERS INC.

BOARD OF DIRECTORS

| NAME/TITLE | BUSINESS ADDRESS |
|---|---|
| HOWARD L. CLARK, JR.<br>Vice Chairman | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| THOMAS A CRUIKSHANK<br><br>Retired Chairman and Chief Executive Officer of Halliburton Company | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, New york 10019 |
| FREDERICK FRANK<br>Vice Chairman | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| RICHARD S. FULD, JR.<br>Chairman and Chief Executive Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| HARVEY M. KRUEGER<br>Vice Chairman | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |

All above individuals are citizens of the United States.

LEHMAN BROTHERS INC.

EXECUTIVE OFFICERS

| NAME/TITLE | BUSINESS ADDRESS |
|---|---|
| RICHARD S. FULD, JR.<br>Chairman and Chief Executive Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| DAVID GOLDFARB<br>Chief Administrative Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |

JOSEPH M. GREGORY
President and Chief Operating Officer

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

JONATHAN E. BEYMAN
Chief of Operations and Technology

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

CHRISTOPHER M. O'MEARA
Chief Financial Officer and Controller

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

THOMAS A. RUSSO
Chief Legal Officer

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

All above individuals are citizens of the United States.

APPENDIX B

From time to time, the firm and its employees are the subject of inquiries and investigations conducted by regulatory authorities, including but not limited to the SEC, MSRB, NASD, NYSE and state securities regulators. Lehman Brothers routinely cooperates freely with such investigations. The Firm is also involved, from time to time, in civil legal proceedings and arbitration proceedings concerning matters arising in connection with the conduct of this business. Although there can be no assurance as to the ultimate outcome, the firm has denied, or believes it has meritorious defenses and will deny, liability in all significant cases pending against it, and intends to defend actively each such case. All material proceedings in which there has been a final determination against Lehman Brothers, and all material litigations involving Lehman Brothers, have been reported on the Firm's Annual Report on Form 10-K, Quarterly Report on Form 10-Q or the Firm's Form BD, each of which is on file with the Securities and Exchange Commission.

</TEXT>
</DOCUMENT>

<DOCUMENT>
<TYPE>SC 13D/A
<SEQUENCE>1
<FILENAME>f06-12_0513da1ronco.txt
<DESCRIPTION>SC 13D AMENDMENT NO.1 RONCO CORP
<TEXT>

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

SCHEDULE 13D
(Amendment No.1)

Under the Securities Exchange Act of 1934

Ronco Corporation
(Name of Issuer)

Common Stock
Par Value $.00001 Per Share
(Title of Class of Securities)

776292104
(CUSIP Number of Class of Securities)

Jeffrey A. Welikson
Vice President and Corporate Secretary
Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019
(212) 526-0858

(Name, Address and Telephone Number of Persons Authorized to Receive Notices and Communications)

November 1, 2006
(Date of Event which required Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of ss. 240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the following box ?

Note: Schedules filed in paper format shall include a signed original and five copies of the schedule, including all exhibits. See 240.13d-7 (b)for other parties to whom copies are to be sent.

*The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided in a prior cover page.

All holders of the Preferred Stock are entitled to receive
dividends in the amount of $0.1885 per annum, per share (5% of the
original issue price of $3.77) payable quarterly in arrears, in
cash, or at the option of the Issuer, in additional shares of
Preferred Stock. Such shares shall be valued at the then fair
market value of the Preferred Stock as determined in good faith by
the Issuer's Board of Directors. On November 1, 2006 the Reporting Persons
received 181,055 additional shares of Preferred Stock as accrued dividends
from June 30, 2005 through September 30, 2006. As of that date and the
date hereof, the Reporting Persons beneficially own 976,811 shares
of Common Stock which are issuable upon conversion of 976,811
shares of Preferred Stock that are immediately convertible.


    After reasonable inquiry and to the best of my knowledge and belief, I
certify that the information set forth in this Amendment No. 1 to the Statement
is true, complete and correct.

Dated: December 5, 2006

                              LEHMAN BROTHERS HOLDINGS INC.


                    By:   /s/ Barrett S. DiPaolo

                          Name: Barrett S. DiPaolo
                          Title: Vice President


                    LEHMAN BROTHERS INC.

                    By:   /s/ Barrett S. DiPaolo

                          Name: Barrett S. DiPaolo
                          Title:  Senior Vice President


                    LB I GROUP INC.

                    By:   /s/ Barrett S. DiPaolo

                          Name: Barrett S. DiPaolo
                          Title: Authorized Signatory



                    SCHEDULE A



Schedule A of the Original 13D is hereby amended to read in its entirety as
follows:



                    LEHMAN BROTHERS HOLDINGS INC.

BOARD OF DIRECTORS

| NAME/TITLE | BUSINESS ADDRESS |
| --- | --- |
| MICHAEL L. AINSLIE<br>Private Investor and former<br>President and Chief Executive<br>Officer of Sotheby's Holdings | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| JOHN F. AKERS<br>Retired Chairman of International<br>Business Machines Corporation | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| ROGER S. BERLIND<br>Theatrical Producer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| THOMAS H. CRUIKSHANK<br>Retired Chairman and Chief Executive<br>Officer of Halliburton Company | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| MARSHA JOHNSON EVANS<br>President and Chief Executive Officer<br>of American Red Cross | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| RICHARD S. FULD, JR.<br>Chairman and Chief Executive Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| SIR CHRISTOPHER GENT<br>Non-Executive Chairman of GlaxoSmithKline plc. | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| ROLAND A. HERNANDEZ<br>Retired Chairman and Chief Executive<br>Officer of Telemundo Group, Inc. | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |

| | |
|---|---|
| HENRY KAUFMAN | Lehman Brothers Holdings Inc. |
| President of Henry Kaufman | 745 Seventh Avenue |
| & Company, Inc. | New York, NY 10019 |
| JOHN D. MACOMBER | Lehman Brothers Holdings Inc. |
| Principal of JDM Investment Group | 745 Seventh Avenue |
| | New York, NY 10019 |

All of the above individuals are citizens of the United States, except for Sir Christopher Gent, who is a citizen of the United Kingdom.

LEHMAN BROTHERS HOLDINGS INC.

EXECUTIVE OFFICERS

| NAME/TITLE | BUSINESS ADDRESS |
|---|---|
| RICHARD S. FULD, JR. | Lehman Brothers Holdings Inc. |
| Chairman and Chief Executive Officer | 745 Seventh Avenue |
| | New York, NY 10019 |
| SCOTT FREIDHEIM | Lehman Brothers Holdings Inc. |
| Co-Chief Administrative Officer | 745 Seventh Avenue |
| | New York, NY 10019 |
| IAN LOWITT | Lehman Brothers Holdings Inc. |
| Co-Chief Administrative Officer | 745 Seventh Avenue |
| | New York, NY 10019 |
| JOSEPH M. GREGORY | Lehman Brothers Holdings Inc. |
| President and Chief Operating Officer | 745 Seventh Avenue |

| | |
|---|---|
| | New York, NY 10019 |
| CHRISTOPHER O'MEARA<br>Chief Financial Officer and Controller | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| THOMAS A. RUSSO<br>Chief Legal Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |

All above individuals are citizens of the United States.

LEHMAN BROTHERS INC.

BOARD OF DIRECTORS

| NAME/TITLE | BUSINESS ADDRESS |
|---|---|
| HOWARD L. CLARK, JR.<br>Vice Chairman | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| THOMAS A CRUIKSHANK<br>Retired Chairman and Chief<br>Executive Officer of Halliburton<br>Company | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, New york 10019 |
| FREDERICK FRANK<br>Vice Chairman | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| RICHARD S. FULD, JR.<br>Chairman and Chief Executive Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |

All above individuals are citizens of the United States.

LEHMAN BROTHERS INC.

EXECUTIVE OFFICERS

| NAME/TITLE | BUSINESS ADDRESS |
|---|---|
| RICHARD S. FULD, JR.<br>Chairman and Chief Executive Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| SCOTT FREIDHEIM<br>Co-Chief Administrative Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| IAN LOWITT<br>Co-Chief Administrative Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| JOSEPH M. GREGORY<br>President and Chief Operating Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| CHRISTOPHER O'MEARA<br>Chief Financial Officer and Controller | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| THOMAS A. RUSSO<br>Chief Legal Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |

All above individuals are citizens of the United States.

LB I GROUP INC.

BOARD OF DIRECTORS

NAME BUSINESS ADDRESS

SC 13D 1 f07-11_1313dglg3.htm SC 13D

---

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# SCHEDULE 13D

Under the Securities Exchange Act of 1934

# GLG Partners, Inc.

(Name of Issuer)

**Common Stock**
**Par Value $0.0001 Per Share**
(Title of Class of Securities)

**37929X107**
(CUSIP Number of Class of Securities)

**Barrett S. DiPaolo**
**Vice President and Associate General Counsel**
**Lehman Brothers Holdings Inc.**
**1301 Avenue of the Americas, 5th Floor**
**New York, NY 10019**
**(212) 526-0858**

(Name, Address and Telephone Number of Persons Authorized to Receive Notices and Communications)

**November 2, 2007**
(Date of Event which required Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of § 240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the following box ?

Note: Schedules filed in paper format shall include a signed original and five copies of the schedule, including all exhibits. See 240.13d-7 (b) for other parties to whom copies are to be sent.

*The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided in a prior cover page.

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

---

After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

Dated: November 12, 2007

**LEHMAN BROTHERS HOLDINGS INC.**

By: /s/ Barrett S. DiPaolo
------------------------------------------------
Name: Barrett S. DiPaolo
Title: Vice President

**LEHMAN BROTHERS INC.**

By: /s/ Barrett S. DiPaolo
------------------------------------------------
Name: Barrett S. DiPaolo
Title: Senior Vice President

**LEHMAN (CAYMAN ISLANDS) LTD.**

By: /s/ Barrett S. DiPaolo
------------------------------------------------
Name: Barrett S. DiPaolo
Title: Assistant Secretary

APPENDIX A

**LEHMAN BROTHERS HOLDINGS INC.**

**BOARD OF DIRECTORS**

| **NAME/TITLE** | **BUSINESS ADDRESS** |
|---|---|
| MICHAEL L. AINSLIE<br>Private Investor and former<br>President and Chief Executive<br>Officer of Sotheby's Holdings | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| JOHN F. AKERS<br>Retired Chairman of International<br>Business Machines Corporation | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| ROGER S. BERLIND<br>Theatrical Producer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| THOMAS H. CRUIKSHANK<br>Retired Chairman and Chief Executive<br>Officer of Halliburton Company | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| MARSHA JOHNSON EVANS<br>Rear Admiral U.S. Navy (Retired) | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| RICHARD S. FULD, JR.<br>Chairman and Chief Executive Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| SIR CHRISTOPHER GENT<br>Non-Executive Chairman of GlaxoSmithKline Plc | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| ROLAND A. HERNANDEZ<br>Retired Chairman and Chief Executive<br>Officer of Telemundo Group, Inc. | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| HENRY KAUFMAN<br>President of Henry Kaufman<br>& Company, Inc. | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| JOHN D. MACOMBER<br>Principal of JDM Investment Group | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |

All of the above individuals are citizens of the United States, except for Sir Christopher Gent, who is a citizen of the United Kingdom.

**LEHMAN BROTHERS HOLDINGS INC.**

**EXECUTIVE OFFICERS**

| **NAME/TITLE** | **BUSINESS ADDRESS** |
|---|---|
| RICHARD S. FULD, JR.<br>Chairman and Chief Executive Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| SCOTT FREIDHEIM<br>Co-Chief Administrative Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| IAN LOWITT<br>Co-Chief Administrative Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| JOSEPH M. GREGORY<br>President and Chief Operating Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| CHRISTOPHER O'MEARA<br>Chief Financial Officer and Controller | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| THOMAS A. RUSSO<br>Chief Legal Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |

All above individuals are citizens of the United States.

**LEHMAN BROTHERS INC.**

**BOARD OF DIRECTORS**

| NAME/TITLE | BUSINESS ADDRESS |
|---|---|
| THOMAS A CRUIKSHANK<br>Retired Chairman and Chief Executive Officer of Halliburton Company | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| HOWARD L. CLARK, JR.<br>Vice Chairman | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| FREDERICK FRANK<br>Vice Chairman | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| RICHARD S. FULD, JR.<br>Chairman and Chief Executive Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |

All above individuals are citizens of the United States.

**LEHMAN BROTHERS INC.**

**EXECUTIVE OFFICERS**

| NAME/TITLE | BUSINESS ADDRESS |
|---|---|
| RICHARD S. FULD, JR.<br>Chairman and Chief Executive Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| SCOTT FREIDHEIM<br>Co-Chief Administrative Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| JOSEPH M. GREGORY<br>President and Chief Operating Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| IAN LOWITT<br>Co-Chief Administrative Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| CHRISTOPHER O'MEARA<br>Chief Financial Officer and Controller | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| THOMAS A. RUSSO<br>Chief Legal Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |

All above individuals are citizens of the United States.

SC 13D/A 1 lpath13damend2.htm SC 13D/A

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**SCHEDULE 13D**
**(Amendment No. 2)***

Under the Securities Exchange Act of 1934

**LPath Inc.**
(Name of Issuer)

**Common Stock**
**$.001 par value**
(Title of Class of Securities)

**548910 10 8**
(CUSIP Number of Class of Securities)

**Jeffrey A. Welikson**
**Corporate Secretary**
**Lehman Brothers Holdings Inc.**
**1271 Avenue of the Americas, 42nd Floor**
**New York, NY 10020**
**(212) 526-0858**

(Name, Address and Telephone Number of Persons Authorized
to Receive Notices and Communications)

**August 13, 2008**
(Date of Event which required Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of § 240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the following box ?

Note: Schedules filed in paper format shall include a signed original and five copies of the schedule, including all exhibits. See 240.13d-7 (b)for other parties to whom copies are to be sent.

*The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided in a prior cover page.

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be

After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

Dated: August 18, 2008

**LEHMAN BROTHERS HOLDINGS INC**.

By: /s/ Gwen J. Zeisler
------------------------------------------------
Name: Gwen J. Zeisler
Title: Vice President

**LEHMAN BROTHERS INC**.

By: /s/ Gwen J. Zeisler
------------------------------------------------
Name: Gwen J. Zeisler
Title: Vice President

**LB I GROUP INC.**

By: /s/ Gwen J. Zeisler
------------------------------------------------
Name: Gwen J. Zeisler
Title: Vice President

---

APPENDIX A

LEHMAN BROTHERS HOLDINGS INC.

BOARD OF DIRECTORS

| NAME/TITLE | BUSINESS ADDRESS |
| --- | --- |
| MICHAEL L. AINSLIE<br>Private Investor and former President and Chief Executive Officer of Sotheby's Holdings | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| JOHN F. AKERS<br>Retired Chairman of International Business Machines Corporation | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| ROGER S. BERLIND<br>Theatrical Producer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| THOMAS H. CRUIKSHANK<br>Retired Chairman and Chief Executive Officer of Halliburton Company | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| MARSHA JOHNSON EVANS<br>Rear Admiral U.S. Navy (Retired) | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| RICHARD S. FULD, JR.<br>Chairman and Chief Executive Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| SIR CHRISTOPHER GENT<br>Non-Executive Chairman of GlaxoSmithKline plc. | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| JERRY A. GRUNDHOFER<br>Chairman Emeritus and Retired Chief Executive Officer of U.S. Bancorp | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| ROLAND A. HERNANDEZ<br>Retired Chairman and Chief Executive Officer of Telemundo Group, Inc. | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| HENRY KAUFMAN<br>President of Henry Kaufman & Company, Inc. | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| JOHN D. MACOMBER<br>Principal of JDM Investment Group | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |

All of the above individuals are citizens of the United States, except for Sir Christopher Gent, who is a citizen of the United Kingdom.

LEHMAN BROTHERS HOLDINGS INC.

EXECUTIVE OFFICERS

| NAME/TITLE | BUSINESS ADDRESS |
|---|---|
| RICHARD S. FULD, JR.<br>Chairman and Chief Executive Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| HERBERT H. MCDADE III<br>President and Chief Operating Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| IAN T. LOWITT<br>Chief Financial Officer, Controller and Co-Chief Administrative Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| THOMAS A. RUSSO<br>Chief Legal Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| SCOTT J. FREIDHEIM<br>Co-Chief Administrative Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |

All of the above individuals are citizens of the United States.

LEHMAN BROTHERS INC.

BOARD OF DIRECTORS

| NAME/TITLE | BUSINESS ADDRESS |
| --- | --- |
| HOWARD L. CLARK, JR.<br>Vice Chairman | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| THOMAS H. CRUIKSHANK<br>Retired Chairman and Chief Executive Officer of Halliburton Company | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| FREDERICK FRANK<br>Vice Chairman | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| RICHARD S. FULD, JR.<br>Chairman and Chief Executive Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |

All of the above individuals are citizens of the United States.

LEHMAN BROTHERS INC.

EXECUTIVE OFFICERS

| NAME/TITLE | BUSINESS ADDRESS |
| --- | --- |
| RICHARD S. FULD, JR.<br>Chairman and Chief Executive Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| HERBERT H. MCDADE III<br>President and Chief Operating Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| IAN T. LOWITT<br>Chief Financial Officer, Controller and Co-Chief Administrative Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| THOMAS A. RUSSO<br>Chief Legal Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| SCOTT J. FREIDHEIM<br>Co-Chief Administrative Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |

All of the above individuals are citizens of the United States.