JAMES G. KREISSMAN, 206740
jkreissman@stblaw.com
SIMONA G. STRAUSS, 203062
sstrauss@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California  94304
Telephone:     (650) 251-5000
Facsimile:      (650) 251-5002

Attorneys for Defendants Richard S. Fuld, Jr., Michael L. Ainslie, Roland A. Hernandez, David Goldfarb, John F. Akers, Roger S. Berlind, Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas A. Russo, and Christopher M. O'Meara

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **OPENWAVE SYSTEMS INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**RICHARD S. FULD, JR., et al.,**<br><br>**Defendants.** | Case No. C 08-05683-SI<br><br>**DECLARATION OF SIMONA G. STRAUSS IN SUPPORT OF STIPULATED REQUEST TO TAKE OFF CALENDAR THE HEARING ON DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT AND MOTION TO COMPEL ARBITRATION** |

I, Simona G. Strauss, declare as follows:

1. I am counsel at Simpson Thacher & Bartlett LLP, counsel for Richard S. Fuld, Jr., Michael L. Ainslie, Roland A. Hernandez, David Goldfarb, John F. Akers, Roger S. Berlind, Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas A. Russo, and Christopher M. O'Meara (collectively, the "Director and Officer Defendants") in the above-captioned action. I make this Declaration in support of the Stipulated Request to Take Off Calendar the Hearing on Defendants' Motions to Dismiss the First Amended Complaint and Motion to Compel Arbitration, currently scheduled for October 30, 2009 at 9:00 am. This Declaration is based on personal knowledge, and if called upon to do so, I could and would testify to the facts stated herein.

2. The Parties have fully briefed two Motions to Dismiss, filed by the Director and Officer Defendants (Docket # 95) and Defendants Tim Ford and Melissa Conroy Whitney (Docket # 98), and a Motion to Compel Arbitration (Docket # 97), filed by Defendants Ford and Whitney and joined by the Director and Officer Defendants (Docket # 99).

3. These motions are currently scheduled to be heard on October 30, 2009 at 9:00 am.

4. On October 19, 2009, Plaintiff Openwave Systems Inc., the Director and Officer Defendants, and Defendants Ford and Whitney (collectively, "Parties") engaged in a mediation and reached an agreement in principle to resolve the above-captioned matter.

5. Previous time modifications within this case are as follows:

   (a) On December 23, 2008, the parties entered into a stipulation extending the time of all Defendants other than Roland A. Hernandez to respond to the Complaint from December 31, 2008 to January 16, 2009, and extending the time of Roland A. Hernandez to respond to the Complaint from December 31, 2008 to January 27, 2009;

   (b) On January 14, 2009, the parties entered into a stipulation extending the time of all Defendants to respond to the Complaint to February 9, 2009;

   (c) On February 19, 2009, Defendants filed a Notice of Continuance of the hearing on the Motions to Dismiss, continuing the hearing from March 20, 2009 to April 24, 2009;

   (d) In early March 2009, in response to a stipulated request to continue the Case Management Conference, the Court continued the CMC from March 27, 2009 to May 1, 2009;

(e) On April 24, 2009, during the hearings on the Motions to Dismiss, the parties and Court agreed to continue the CMC from May 1, 2009 to May 22, 2009; and

(f) On May 21, 2009, in response to a stipulated request to continue the Case Management Conference the Court continued the CMC from May 22, 2009 to June 5, 2009.

(g) On June 4, 2009, in response to a second stipulated request to continue the CMC, pending a ruling on the Motions to Dismiss, the Court continued the CMC from June 5, 2009 to July 17, 2009.

(h) On June 17, 2009, in response to a stipulated request, the Court extended the time that Openwave would have to file an amended complaint from June 19, 2010 to July 3, 2010, and extended the time that Defendants would have to file any motions to dismiss or to otherwise respond to the first amended complaint until August 14, 2009.

(i) On June 17, 2009, in response to a stipulated request, the Court continued the hearing date for Defendants' Motions to Dismiss and Motion to Compel Arbitration until October 30, 2009, and extended the time for Plaintiff's Opposition until September 11, 2009, and Defendants' Reply until October 2, 2009.

6. The effect of the stipulation would be to take the October 30, 2009 hearing off-calendar indefinitely to allow the Parties to negotiate and execute a formal settlement agreement. The stipulation also would require the Parties to provide the Court with either a stipulation of settlement or a status report on or before December 4, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of October 2009 in Palo Alto, California.

By _____/s/_____
Simona G. Strauss