JAMES G. KREISSMAN (Bar No. 206740)
jkreissman@stblaw.com
SIMONA G. STRAUSS (Bar No. 203062)
sstrauss@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Defendants Richard S. Fuld, Jr., Michael L. Ainslie, Roland A. Hernandez, David Goldfarb, John F. Akers, Roger S. Berlind, Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas A. Russo, and Christopher M. O'Meara

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD S. FULD, JR., MICHAEL L. AINSLIE, ROLAND A. HERNANDEZ, DAVID GOLDFARB, JOHN F. AKERS, ROGER S. BERLIND, JOSEPH M. GREGORY, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, HENRY KAUFMAN, JOHN D. MACOMBER, THOMAS A. RUSSO, CHRISTOPHER M. O'MEARA, MICHAEL GELBAND, ALEX KIRK, MELISSA CONROY WHITNEY, TIM FORD, and DOES 1 - 50, inclusive, <br><br> Defendants. | CV 08 5683 (SI) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO TAKE OFF CALENDAR THE HEARING ON DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT AND MOTION TO COMPEL ARBITRATION** |

Pursuant to Civil Local Rules 6-2, 7-7(b) and 7-12 of the Local Civil Rules for the United States District Court for the Northern District of California, Plaintiff Openwave Systems Inc. ("Plaintiff") and Defendants Richard S. Fuld, Jr., Michael L. Ainslie, Roland A. Hernandez, David Goldfarb, John F. Akers, Roger S. Berlind, Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas A. Russo, Christopher M. O'Meara, Melissa Conroy Whitney, and Tim Ford ("Defendants"), by and through their respective counsel, submit this Joint Stipulation and Proposed Order to take off calendar, not make any rulings, tentative or final, or otherwise take any further action in connection with the hearing on Defendants' motions to dismiss the First Amended Complaint and motion to compel arbitration of this action.

WHEREAS, the parties have fully briefed two motions by Defendants to dismiss the First Amended Complaint and one motion by Defendants to compel arbitration (**Docket Numbers 93, 94, 95, 96, 97, 98, 99, 100, and 101**) (collectively, the "Motions");

WHEREAS, the Motions are scheduled to be heard at 9:00 a.m. on October 30, 2009 (the "Hearing");

WHEREAS, on October 19, 2009, Plaintiff and Defendants reached an agreement in principle to resolve the above-captioned matter; and

WHEREAS, the parties agree that this Stipulation does not waive any of the rights or defenses available to any party, and that, pending execution of a formal settlement agreement, each party reserves its rights to assert any and all rights and defenses in the future, including but not limited to personal jurisdiction defenses and the right to compel arbitration;

NOW THEREFORE THE PARTIES JOINTLY REQUEST THE FOLLOWING:

1. The Hearing on the Motions to be taken off calendar, that the Court not make any rulings, tentative or final, or otherwise take any further action on the Motions at this time.

2. Pending execution of a formal settlement agreement, the parties do not waive, and expressly reserve, all rights and defenses they may have in this action.

3. The parties shall provide the Court with a stipulation of settlement or a status report on or before December 4, 2009.

Dated: October 20, 2009     COBLENTZ, PATCH, DUFFY & BASS LLP

By  _____/s/_____
Howard A. Slavitt
*Attorneys for Plaintiff Openwave Systems Inc.*

Dated: October 20, 2009     SIMPSON THACHER & BARTLETT LLP

By  _____/s/_____
James G. Kreissman
*Attorneys for Defendants Richard S. Fuld, Jr., Michael L. Ainslie, Roland A. Hernandez, David Goldfarb, John F. Akers, Roger S. Berlind, Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas A. Russo, and Christopher M. O'Meara*

Dated: October 20, 2009     JONES DAY

By  _____/s/_____
Philip E. Cook
*Attorneys for Defendants Melissa Conroy Whitney and Tim Ford*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Susan Illston
United States District Court Judge

**ECF FILER'S ATTESTATION**

I, James G. Kreissman, as the e-filing signatory, attest that concurrence in filing the Notice of Continuance of Motions to Dismiss and Motion to Compel Arbitration, and Stipulated Briefing Schedule has been obtained from the other signatories Howard A. Slavitt and Philip E Cook. In accordance with General Order 45, Section X(B), I shall maintain a record of their concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action.

Dated: October 20, 2009

By: _____/s/_____
James G. Kreissman