JAMES G. KREISSMAN (Bar No. 206740)
jkreissman@stblaw.com
SIMONA G. STRAUSS (Bar No. 203062)
sstrauss@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Attorneys for Defendants Richard S. Fuld, Jr., Michael L. Ainslie, Roland A. Hernandez, David Goldfarb, John F. Akers, Roger S. Berlind, Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas A. Russo, and Christopher M. O'Meara

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS INC., <br><br>  Plaintiff, <br><br> v. <br><br> RICHARD S. FULD, JR., MICHAEL L. AINSLIE, ROLAND A. HERNANDEZ, DAVID GOLDFARB, JOHN F. AKERS, ROGER S. BERLIND, JOSEPH M. GREGORY, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, HENRY KAUFMAN, JOHN D. MACOMBER, THOMAS A. RUSSO, CHRISTOPHER M. O'MEARA, MICHAEL GELBAND, ALEX KIRK, MELISSA CONROY WHITNEY, TIM FORD, and DOES 1 - 50, inclusive, <br><br>  Defendants. | CV 08 5683 (SI) <br><br> **JOINT STATUS REPORT; STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** <br><br> [Filed Concurrently With: Declaration of Simona G. Strauss In Support of Stipulated Request to Continue Case Management Conference] |

**JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE CMC**

Pursuant to Civil Local Rules 6-2 and 7-12 of the Local Civil Rules for the United States District Court for the Northern District of California and the Court's October 20, 2009 Order, Plaintiff Openwave Systems Inc. ("Plaintiff") and Defendants Richard S. Fuld, Jr., Michael L. Ainslie, Roland A. Hernandez, David Goldfarb, John F. Akers, Roger S. Berlind, Joseph M. Gregory, Thomas H. Cruikshank, Marsha Johnson Evans, Henry Kaufman, John D. Macomber, Thomas A. Russo, Christopher M. O'Meara, Melissa Conroy Whitney, and Tim Ford ("Defendants"), by and through their respective counsel, submit this Joint Status Report, Stipulated Request and Proposed Order to Continue the Case Management Conference scheduled for December 18, 2009.

**STATUS REPORT**

On November 23, 2009, Plaintiff and Defendants executed a written settlement agreement (the "Agreement") to resolve all claims in this action;

The Agreement is subject to the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") entering an order in the Chapter 11 cases authorizing relief from the automatic stay, to the extent applicable, to permit the D&O insurers for Debtor Lehman Brothers Holdings Inc. ("LBHI") to make a certain settlement payment to Openwave;

On December 1, 2009, the Agreement was submitted to the Bankruptcy Court for approval through a motion by Debtor LBHI for an Order Modifying the Automatic Stay to Allow Settlement Payment Under Directors and Officers Insurance Policies (the "Motion");

The Bankruptcy Court is scheduled to hear the Motion on December 16, 2009.

**STIPULATED REQUEST**

WHEREAS, a Case Management Conference is currently scheduled for December 18, 2009;

WHEREAS, the Bankruptcy Court's granting of the Motion would obviate the need for a Case Management Conference;

WHEREAS, the parties do not waive any of the rights or defenses they may have in this action, including but not limited to personal jurisdiction defenses and the right to compel

-2-
Joint Status Report, Stipulated Request and [Proposed] Order                Case No. C 08-05683-SI

arbitration;

NOW THEREFORE, THE PARTIES JOINTLY STIPULATE TO AND REQUEST THE FOLLOWING:

1. The Case Management Conference scheduled for December 18, 2009 be continued to ~~January 29, 2010~~ Feb. 19 or as soon thereafter as it may be heard by this Court.

2. The Court not make any rulings, tentative or final, or otherwise take any further action on Defendants' Motions to Dismiss the First Amended Complaint and Motion to Compel Arbitration.

3. The parties shall file a Notice of Dismissal with Prejudice or a status report on or before January 29, 2010.

Dated: December 4, 2009        COBLENTZ, PATCH, DUFFY & BASS LLP

                               By  /s/
                                   Howard A. Slavitt
                                   *Attorneys for Plaintiff Openwave Systems Inc.*

Dated: December 4, 2009        SIMPSON THACHER & BARTLETT LLP

                               By  /s/
                                   James G. Kreissman
                                   Attorneys for Defendants Richard S. Fuld, Jr.,
                                   Michael L. Ainslie, Roland A. Hernandez, David
                                   Goldfarb, John F. Akers, Roger S. Berlind,
                                   Joseph M. Gregory, Thomas H. Cruikshank,
                                   Marsha Johnson Evans, Henry Kaufman, John
                                   D. Macomber, Thomas A. Russo, and
                                   Christopher M. O'Meara

Dated: December 4, 2009        JONES DAY

                               By  /s/
                                   Philip E. Cook
                                   Attorneys for Defendants Melissa Conroy
                                   Whitney and Tim Ford

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                               _____
                               The Honorable Susan Illston
                               United States District Court Judge

-3-
Joint Status Report, Stipulated Request and [Proposed] Order        Case No. C 08-05683-SI

**ECF FILER'S ATTESTATION**

I, James G. Kreissman, as the e-filing signatory, attest that concurrence in filing the Joint Status Report and Stipulated Request to Continue Case Management Conference has been obtained from the other signatories Howard A. Slavitt and Philip E Cook.  In accordance with General Order 45, Section X(B), I shall maintain a record of their concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action.

Dated:  December 4, 2009

By: _____/s/_____
James G. Kreissman