1  RICHARD R. PATCH (State Bar No. 88049)
   HOWARD A. SLAVITT (State Bar No. 172840)
2  NORENE LEW (State Bar No. 184504)
   COBLENTZ, PATCH, DUFFY & BASS LLP
3  One Ferry Building, Suite 200
   San Francisco, California 94111-4213
4  Telephone: 415.391.4800
   Facsimile: 415.989.1663
5  Email: ef-rrp@cpdb.com,
          ef-has@cpdb.com
6         ef-nml@cpdb.com

7  Attorneys for Plaintiff
   OPENWAVE SYSTEMS INC.,
8  a Delaware corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| OPENWAVE SYSTEMS INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD S. FULD, JR., MICHAEL L. AINSLIE, ROLAND A. HERNANDEZ, DAVID GOLDFARB, JOHN F. AKERS, ROGER S. BERLIND, JOSEPH M. GREGORY, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, HENRY KAUFMAN, JOHN D. MACOMBER, THOMAS A. RUSSO, CHRISTOPHER M. O'MEARA, MELISSA CONROY WHITNEY, TIM FORD, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. CV 08-05683 SI<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

13270.004.1329868v1

1

Case No. CV 08-05683 SI

**NOTICE OF DISMISSAL WITH PREJUDICE**

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Openwave Systems
2  Inc., by and through its counsel, hereby voluntarily dismisses all claims in the above-captioned
3  action.  The claims, and the entire action, are hereby dismissed as to all defendants *with prejudice*,
4  with all parties to bear their own costs.

6  DATED: January 14, 2010             COBLENTZ, PATCH, DUFFY & BASS LLP

8                                       By:      //s//
                                            Howard A. Slavitt
9                                           Attorneys for Plaintiff
                                            OPENWAVE SYSTEMS INC.,
10                                          a Delaware corporation



13270.004.1329868v1                          2                    Case No. CV 08-05683 SI

**NOTICE OF DISMISSAL WITH PREJUDICE**